# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>David Lee Judd<br><br>**Date of Birth:** XXXXXXXX<br>*Defendant(s)* | Case: 1:21−mj−00334<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/23/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(b) | Assaulting, Resisting, or Impeding Certain Officers of Employees |
| 18 USC 231(a)(3) | Civil Disorder |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Tonya Sturgill Griffith, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/23/2021

*Judge's signature*

City and state: Washington D.C.

G. Michael Harvey, Magistrate Judge
*Printed name and title*