AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00334 |
| David Lee Judd | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/23/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   __David Lee Judd__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 111(b) Assaulting, Resisting, or Impeding Certain Officers of Employees
18 USC 231(a)(3) Civil Disorder

Date:   03/23/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.23 15:15:40 -04'00'

*Issuing officer's signature*

City and state:   Washington D.C.

G. Michael Harvey, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* __3/23/2021__, and the person was arrested on *(date)* __3/26/2021__
at *(city and state)* __Carrollton, Texas__.

Date:   3/26/2021

*Arresting officer's signature*

Special Agent Robert Francis
*Printed name and title*