AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00334 |
| David Lee Judd | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/23/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __David Lee Judd__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 111(b) Assaulting, Resisting, or Impeding Certain Officers of Employees
18 USC 231(a)(3) Civil Disorder

Date: 03/23/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.23 15:15:40 -04'00'

*Issuing officer's signature*

City and state: Washington D.C.

G. Michael Harvey, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/23/2021, and the person was arrested on *(date)* 3/26/2021
at *(city and state)* Carrollton, Texas.

Date: 3/26/2021

*Arresting officer's signature*

Special Agent Robert Francis
*Printed name and title*

```
MIME-Version:1.0
From:txedCM@txed.uscourts.gov
To:txedcmcc@txed.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge Christine A. Nowak
(christine_nowak@txed.uscourts.gov, karen_r_lee@txed.uscourts.gov,
marco_vasquez@txed.uscourts.gov, susanna_lyles@txed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12892413@txed.uscourts.gov
Subject:Activity in Case 21-209 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

# U.S. District Court

# Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 3/26/2021 at 8:45 AM CDT and filed on 3/26/2021

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:21–mj–00209–CAN *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**NOTICE OF HEARING as to David Lee Judd: Initial Appearance set for 3/26/2021 at 10:15 AM in Ctrm A01 (Sherman – Annex) before Magistrate Judge Christine A. Nowak. (klee, )**


**4:21–mj–00209–CAN *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

DATE 3/26/2021  
LOCATION Sherman  
JUDGE Christine A. Nowak  
DEPUTY CLERK K. Lee  
COURT REPORTER Digital Recording  
USPO: L. Dudley  
INTERPRETER N/A  
BEGIN: 10:37 a.m./ 10:46 a.m.

CASE NUMBER 4:21MJ209 CAN  
USA    Jay Combs    Appeared  

V

DAVID LEE JUDD  
Defendant  
Brian O'Shea, FPD  
Attorney

**FILED**
MAR 26 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

- ☑ INITIAL APPEARANCE ON INDICTMENT / COMPLAINT
- ☐ PRELIMINARY HEARING
- ☐ DETENTION HEARING       OTHER DISTRICT: DC

- ☑ Defendant Sworn    ☐ Interpreter Required
- ☑ Dft appears: ☐ with  ☑ without counsel
- ☑ Date of arrest: 3/26/2021
- ☑ Defendant completed financial affidavit and requested appointment of counsel
- ☑ Dft first appearance with counsel  ☐ CJA appointed  ☐ Retained  ☑ Federal Public Defender appointed
    Attorney: Brian O'Shea (For the limited purposes of the hearings in the ED/TX only)
- ☑ Defendant is advised of the charges, rights, and penalties
- ☐ Preliminary hearing set for _____
- ☐ Identity hearing set for _____
- ☑ Govt (ORAL) motion for detention  ☐ Govt oral motion for continuance    ☐ Oral Order granting  ☐ Oral Order denying
- ☐ Defendant oral motion to continue preliminary and detention hearing    ☐ Oral Order granting  ☐ Oral Order denying
- ☐ Detention hearing set for _____
- ☐ Order setting conditions of release  ☐ Bond executed; dft released
- ☑ Defendant signed Waiver of Rule 5 and Rule 5.1 Hearings
    - ☐ Defendant waives identity hearing
    - ☐ Defendant waives preliminary hearing
    - ☐ Defendant waives detention hearing
    - ☐ Defendant waives identity hearing, production of warrant and any preliminary or detention hearing to which the defendant is entitled in this district and requests those hearings be held in prosecuting district at a time set by that Court
- ☑ Defendant ordered removed to prosecuting district
- ☐ Defendant released on Conditions of Release
- ☑ Defendant remanded to the custody of the United States Marshal.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas



FILED
MAR 2 6 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:21MJ209 |
| DAVID LEE JUDD | ) | |
| | ) | Charging District's Case No. 1:21MJ334 |
| _Defendant_ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___District of Columbia___.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ___03/26/2021___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Brian O'Shea
*Printed name of defendant's attorney*

USCA56

Case 1:21-mj-00334-GMH   Document 6   Filed 04/08/21   Page 5 of 9

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas



**FILED**

MAR 2 6 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| United States of America | ) |
|---|---|
| v. | ) |
| DAVID LEE JUDD | ) Case No. 4:21MJ209 |
| | ) |
| Defendant | ) Charging District's |
| | ) Case No. 1:21MJ334 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
                ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 03/26/2021

_____
*Judge's signature*

CHRISTINE A. NOWAK, U.S. MAGISTRATE JUDGE
*Printed name and title*

USCA57

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



**FILED**

MAR 2 6 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 4:21-MJ-0209 |
| v. | § § | |
| DAVID LEE JUDD | § | |

### ORDER

**On October 21, 2020, the President signed into law the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), which amends Federal Rule of Criminal Procedure 5 (Initial Appearance).  <u>Counsel should immediately read the amendment to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, which became effective upon enactment, and is entitled "Reminder of Prosecutorial Obligation"</u>.**

By this written Order – issued to the prosecution and defense counsel – the Court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such Order under applicable law.

This written Order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is in addition to any oral order entered by the Court on the first scheduled court date when both the prosecutor and defense counsel were present.

**IT IS SO ORDERED.**

Signed March 26, 2021.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



MAR 2 6 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 4:21MJ209 § § |
| v. | § § |
| DAVID LEE JUDD | § § |

### ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**IT IS SO ORDERED.**

Signed March 26, 2021.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CRIMINAL DOCKET FOR CASE #: <u>4:21−mj−00209−CAN</u> All Defendants

Case title: USA v. SEALED

Other court case number: 1:21MJ334 USDC District of Columbia

Date Filed: 03/26/2021

Assigned to: Magistrate Judge Christine A. Nowak

**Defendant (1)**

**David Lee Judd**  represented by  **Brian George O'Shea**
Federal Public Defender – Sherman
600 E Taylor
Suite 4000
Sherman, TX 75090
903−892−4448
Fax: 903−892−4808
Email: <u>brian_oshea@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

|              |                  | **Tracey M Batson**          |
|--------------|------------------|------------------------------|
| **USA**      | represented by   | U.S. Attorney's Office       |
|              |                  | U S Dept of Justice          |
|              |                  | 101 E. Park Blvd.            |
|              |                  | Suite 500                    |
|              |                  | Plano, TX 75074–6759         |
|              |                  | 972/509–1201 (main)          |
|              |                  | Fax: 19725091209             |
|              |                  | Email: tracey.batson@usdoj.gov |
|              |                  | *LEAD ATTORNEY*              |
|              |                  | *ATTORNEY TO BE NOTICED*     |
|              |                  | *Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|------------|---|------|-------------|
| 03/26/2021 |   | 3 | NOTICE OF HEARING as to David Lee Judd: Initial Appearance set for 3/26/2021 at 10:15 AM in Ctrm A01 (Sherman – Annex) before Magistrate Judge Christine A. Nowak. (klee, ) (Entered: 03/26/2021) |
| 03/26/2021 | 2 | 4 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak:Initial Appearance as to David Lee Judd held on 3/26/2021. Added attorney Brian George O'Shea (for the limited purposes of the hearings in EDTX only) for David Lee Judd. Deft remanded to USM. (Court Reporter Digital Recording.) (daj, ) (Entered: 03/26/2021) |
| 03/26/2021 | 3 | 5 | SEALED CJA 23 Financial Affidavit by David Lee Judd (daj, ) (Entered: 03/26/2021) |
| 03/26/2021 | 4 | 6 | WAIVER of Rule 5 & 5.1 Hearings by David Lee Judd (daj, ) (Entered: 03/26/2021) |
| 03/26/2021 | 5 | 7 | COMMITMENT TO ANOTHER DISTRICT as to David Lee Judd. Defendant committed to District of District of Columbia. Signed by Magistrate Judge Christine A. Nowak on 3/26/2021. (daj, ) (Entered: 03/29/2021) |
| 03/26/2021 | 6 | 8 | ORDER pursuant to Rule 5(f)(1) as to David Lee Judd. Signed by Magistrate Judge Christine A. Nowak on 3/26/2021. (daj, ) (Entered: 03/29/2021) |
| 03/26/2021 | 7 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to David Lee Judd. Signed by Magistrate Judge Christine A. Nowak on 3/26/2021. (daj, ) (Entered: 03/29/2021) |